JOHN RANDOLPH, Respondent, *v.* ROYCE HAULAGE CORPORATION, Appellant.

Argued May 20, 1943; decided June 18, 1943.

*William C. Morris* and *Edward M. Fuller* for appellant.

*Alfred Weisstein, Samuel Weisstein* and *Harry Zeitlan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.